WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8, Whose Address is 1761 East St. Andrew Place, Santa Ana, CA 92705-4934,Its Successors or Assigns*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R8, WHOSE ADDRESS IS 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705-4934, ITS SUCCESSORS OR ASSIGNS,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE VILLAS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ABSOLUTE COLLECTIONS MANAGEMENT,<br><br>Defendants. | Case No.: 2:17-CV-01764-RFB-VCF<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8, Whose Address is 1761 East St. Andrew Place, Santa Ana, CA 92705-4934, Its Successors or

Assigns (hereinafter "Deutsche Bank"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. On August 3, 2017, SFR demanded the deposit of a five-hundred ($500.00) cost bond pursuant to NRS 18.130(1) [ECF No. 11]; and

2. Deutsche Bank does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED.**

Dated this 22nd day of August, 2017.

| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| _/s/Diana Cline Ebron, Esq._____ <br> Diana Cline Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 009578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* | _/s/ Lindsay D. Robbins, Esq._____ <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave, Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8, Whose Address is 1761 East St. Andrew Place, Santa Ana, CA 92705-4934,Its Successors or Assigns* |

## ORDER

**IT IS SO ORDERED** that Plaintiff will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court ten (10) days after this Order is filed.

Dated this 23rd day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE