# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,

    Plaintiffs,

vs.

SFR INVESTMENTS POOL1, LLC, *et al.*,

    Defendants.

2:17-cv-01764-RFB-VCF

**ORDER**

Before the court is *Deutsche Bank National Trust Company, et al., v. SFR Investments Pool 1, LLC, et al.*, case number 2:17-cv-01764-RFB-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 AM, October 23, 2017, in Courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 26th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE