1  WRIGHT, FINLAY & ZAK, LLP
2  Edgar C. Smith, Esq.
   Nevada Bar No. 5506
3  Ace C. Van Patten, Esq.
   Nevada Bar No. 11731
4  7785 W. Sahara Ave, Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  esmith@wrightlegal.net
   avanpatten@wrightlegal.net
7  *Attorneys for Plaintiff/Counterdefendant/Cross Defendant Deutsche Bank National Trust*
8  *Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through*
   *Certificates, Series 2004-R8, Whose Address is 1761 East St. Andrew Place, Santa Ana, CA*
9  *92705-4934,Its Successors or Assigns*

10                        **UNITED STATES DISTRICT COURT**

11                              **DISTRICT OF NEVADA**

12  DEUTSCHE BANK NATIONAL TRUST          Case No.:  2:17-CV-01764-RFB-VCF
    COMPANY, AS TRUSTEE FOR,
13  AMERIQUEST MORTGAGE SECURITIES        **STIPULATION AND ORDER TO**
    INC., ASSET-BACKED PASS-THROUGH       **EXTEND DISCOVERY FOR THE**
14  CERTIFICATES, SERIES 2004-R8, WHOSE   **LIMITED PURPOSE OF TAKING**
    ADDRESS IS 1761 EAST ST. ANDREW       **DEPOSITIONS**
15  PLACE, SANTA ANA, CA 92705-4934, ITS
    SUCCESSORS OR ASSIGNS,                **(First Request)**
16
17                   Plaintiff,
18
    vs.
19
20  SFR INVESTMENTS POOL 1, LLC, a Nevada
    limited liability company; THE VILLAS
21  COMMUNITY ASSOCIATION, a Nevada
    non-profit corporation; TERRA WEST
22  COLLECTIONS GROUP, LLC d/b/a
    ASSESSMENT MANAGEMENT SERVICES,
23
24                   Defendants.
25  ─────────────────────────────────
    SFR INVESTMENTS POOL 1, LLC,
26
                     Counter/Cross Claimant,
27
    vs.
28

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR,
AMERIQUEST MORTGAGE SECURITIES
INC., ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2004-R8, WHOSE
ADDRESS IS 1761 EAST ST. ANDREW
PLACE, SANTA ANA, CA 92705-4934, ITS
SUCCESSORS OR ASSIGNS; and ALAN
HECK, an individual,

Counter/Cross Defendants.

Plaintiff/Counter/Cross Defendant, Deutsche Bank National Trust Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8 (hereinafter, "Plaintiff"), Defendant/Counterclaimant/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, The Villas Community Association (the "HOA"), (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

## I.     DISCOVERY COMPLETED BY THE PARTIES

    1.    The HOA's Initial Disclosures pursuant to F.R.C.P. 26(a);

    2.    SFR's Initial Disclosures pursuant to F.R.C.P. 26(a);

    3.    Deutsche Bank's Initial Disclosures pursuant to F.R.C.P. 26(a);

    4.    The HOA's Interrogatories, Requests for Production, and Requests for Admission to Deutsche Bank;

    5.    SFR's Interrogatories, Requests for Production, and Requests for Admission to Deutsche Bank;

    6.    Deutsche Bank's Initial Expert Disclosure

    7.    The HOA's Rebuttal Expert Disclosure

    8.    Deutsche Bank's Interrogatories, Requests for Production, and Requests for Admission to the HOA and SFR.

    9.    The deposition of Deutsche Bank's 30(b)(6) witness.

/././

10.     A Deposition Notice and Subpoena Duces Tecum to Assessment Management Services aka Terra West, noticed by Deutsche Bank.

## II.     DISCOVERY TO BE COMPLETED IN THE FUTURE

1.     The deposition of a witness for the HOA, originally scheduled to be held on January 29, 2018.

2.     Deutsche Bank's responses to SFR's Interrogatories, Requests for Production, and Requests for Admission, currently due on January 29, 2018.

3.     Deutsche Bank's responses to the HOA's Interrogatories, Requests for Production, and Requests for Admission, currently due on January 29, 2018.

4.     SFR's responses to Deutsche Bank's Interrogatories, Requests for Production, and Requests for Admission, currently due on January 29, 2018.

5.     The HOA's responses to Deutsche Bank's Interrogatories, Requests for Production, and Requests for Admission, currently due on February 16, 2018.

## III.     REASONS THAT DISCOVERY WAS NOT TIMELY COMPLETED

The parties seek an extension for the limited purpose of conducting a deposition of the F.R.C.P. Rule 30(b)(6) witness for the HOA Trustee, Assessment Management Services aka Terra West ("AMS") and the HOA.  A deposition of AMS was scheduled for January 26, 2018. However, counsel for the witness, Aviva Gordon Esq., has many scheduling conflicts and the witness for AMS recently had a baby.  As such, neither party is available until February 6, 2018.

Additionally, the deposition of the HOA was scheduled to occur on January 29, 2018, for which no witness appeared due to an inadvertent mistake. Based thereon, the parties are unable to complete these depositions within the existing discovery deadline, which is currently on January 29, 2018.

/././

/././

/././

/././

## IV.    REASONS WHY DISCOVERY SHOULD BE EXTENDED:

Regarding the requested extension of discovery, good cause exists to extend the discovery deadline 30 days for the limited purpose of deposing the HOA and the HOA Trustee. Good cause to extend the discovery cutoff exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). Here, Deutsche noticed the deposition of both the HOA and the HOA Trustee within the discovery period, however, neither witness was able to attend, requiring rescheduling of both.

## V.    PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The parties propose that all dates in the current Stipulated Discovery Plan and Scheduling Order, filed on October 18, 2017, be amended as follows:

1.  Discovery cut-off:   currently January 29, 2018, desired February 28, 2018.

2.  Dispositive Motions:  currently February 28, 2018, desired March 30, 2018.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

## VI.    **CERTIFICATE OF CONFERENCE**

Counsel for all appearing parties has conferred via e-mail with respect to these issues. All counsel have signed below, thereby indicating their approval of the instant Stipulation to Extend Discovery and Dispositive Motion Deadline and do <u>not</u> request a conference before the Court prior to entry of a new Scheduling Order.

DATED this 29th day of January, 2018.                DATED this 29th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP                      KIM GILBERT EBRON

_/s/ Ace C. Van Patten, Esq._                        _/s/ Diana S. Ebron, Esq._
Ace C. Van Patten, Esq.                           Diana S. Ebron, Esq.
Nevada Bar No. 11731                             Nevada Bar No. 10580
7785 W. Sahara Ave., Suite 200                     7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89117                          Las Vegas, Nevada  89139
*Attorney for Plaintiff*                            *Attorney for SFR Investments Pool 1, LLC*

DATED this 29th day of January, 2018.

LIPSON, NEILSON, COLE, SELTZER &
GARIN, P.C.

_/s/ Karen Kao, Esq._
J. William Ebert, Esq.                      If dispositive motions are filed, the deadline
Nevada Bar No. 2697                        for filing the joint pretrial order will be
Karen Kao, Esq.                           suspended until 30 days after decision on the
Nevada Bar No. 14386                       dispositive motions or further court order.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorney for The Villas Community Association*

## **ORDER**

**IT IS SO ORDERED.**

DATED this __5th__ day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE