1  LIPSON NEILSON P.C.
2  J. WILLIAM EBERT, ESQ.
   Nevada Bar No. 2697
3  KAREN KAO, ESQ.
   Nevada Bar No. 14386
4  9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144
5  (702) 382-1500 - Telephone
   (702) 382-1512 - Facsimile
6  bebert@lipsonneilson.com
7  kkao@lipsonneilson.com

8  *Attorneys for THE VILLAS COMMUNITY ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTAGE SECURITIES INC., ASSET-BACK PASS-THROUGH CERTIFICATES, SERIES 2004-R8, WHOSE ADDRESS IS 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA, 92705-4934, ITS SUCCESSORS OR ASSIGNS,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE VILLAS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC dba ABSOLUTE COLLECTIONS MANAGEMENT;<br><br>Defendants. | CASE NO.: 2:17-cv-01764-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO RENEWED MOTIONS FOR SUMMARY JUDGMENTS**<br>(First Request) |

IT IS STIPULATED AND AGREED by and between Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACK PASS-THROUGH CERTIFICATES, SERIES 2004-R8, WHOSE ADDRESS IS 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA. 92705-4934, ITS SUCCESSORS OR

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

1 ASSIGNS ("Plaintiff"), and Defendant THE VILLAS COMMUNITY ASSOCIATION
2 ("HOA"), by and through their respective attorneys of record, hereby state and
3 stipulate as follows:

4 Plaintiff filed its Renewed Motion for Summary Judgment [ECF 47] and
5 Defendant HOA filed its Renewed Motion for Summary Judgment [ECF 45] on
6 August 23, 2018, making their respective oppositions due on September 13,
7 2018.

8 The parties have agreed that both Plaintiff and Defendant HOA shall have
9 until September 20, 2018 to file and serve their respective Oppositions.

10 This is the first extension to which the parties have sought regarding these
11 renewed motions. Plaintiff and Defendant HOA seek additional time due to the
12 press of business as counsel has deadlines in this matter as well as other cases.
13 This extension is not intended to delay these proceedings and granting
14 Defendant's request will not prejudice any party.

15 IT IS SO STIPULATED AND AGREED:

17 Dated: 9/13/18_____                          Dated: 9/13/18___

18 LIPSON NEILSON P.C.                          WRIGHT, FINLAY & ZAK, LLP

19 ___/s/ Karen Kao_____              ___/s/ Ace C. Van Patten_____
J. William Ebert, Esq.                       Edgar C. Smith, Esq.
20 Nevada Bar No. 2697                          Nevada Bar No. 5506
Karen Kao, Esq.                              Ace C. Van Patten, Esq.
21 Nevada Bar No. 14386                         Nevada Bar No. 11731
22 9900 Covington Cross Drive, Suite 120        7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89144                      Las Vegas, NV 89117
23 (702) 382-1500 - Telephone                   (702) 475-7964
(702) 382-1512 - Facsimile                   esmith@wrightlegal.net
24 bebert@lipsonneilson.com                     avanpatten@wrightlegal.net
kkao@lipsonneilson.com

26 *Attorneys for The Villas Community*         *Attorneys for Deutsche Bank National*
*Association*                                *Trust Company*

**ORDER**

Based on the foregoing Stipulation of the parties,

IT IS SO ORDERED.

DATED this  17th  day of  September , 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

LIPSON NEILSON P.C.

 /s/ Karen Kao_____
J. William Ebert, Esq.
Nevada Bar No. 2697
Karen Kao, Esq.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for The Villas Community Association*