WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorney for Plaintiff/Counterdefendant/Cross Defendant Deutsche Bank National Trust Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R8, WHOSE ADDRESS IS 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705-4934, ITS SUCCESSORS OR ASSIGNS,<br><br>          Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE VILLAS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>          Defendants. | Case No.: 2:17-CV-01764-RFB-VCF<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff Deutsche Bank National Trust Company, as Trustee for, Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8 ("Plaintiff"), by and through its attorneys of record, Robert Riether, Esq. and Aaron D. Lancaster, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana

Jonathon Nitz, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Robert Riether, Esq. and Aaron D. Lancaster, Esq. Subsequent filings have been made and Previous Attorney is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorney receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. be removed from the Service List in this matter.

DATED this 19th day of May, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Aaron D. Lancaster*
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counterdefendant/Cross
                  eutsche Bank National Trust Company,
                  r, Ameriquest Mortgage Securities
                  acked Pass-Through Certificates,
                  R8*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-27-2020

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 19th day of May, 2020, a true and correct copy of this **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically to all counsels identified on the CM/ECF notification system.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP